ción de memorandum de costas y cumplimiento de contrato. Humacao. Resuelto en febrero 6, 1920, por los fundamentos del caso *Brac* v. *Ojeda et al.*, 27 D. P. R. 658. *Confirmada.*

No. 2164. CARBIA ET AL., DEMANDANTES Y APELADOS, *v.* FUSTER, DEMANDADO Y APELANTE.—San Juan, Sección Primera. Desahucio. Febrero 6, 1920. *Desestimada.*

No. 1462. EL PUEBLO, DEMANDADO Y APELADO, *v.* ACOSTA, ACUSADA Y APELANTE.—Mayagüez. Delito contra la salud pública. Febrero 6, 1920. *Confirmada.*

No. 2036. EL PUEBLO, DEMANDANTE Y APELANTE, *v.* SUCESORES DE C. Y F. FANTAUZZI ET AL., DEMANDADOS Y APELADOS.— San Juan, Sección Primera. Nulidad de acuerdo de la Comisión del Riego. Febrero 10, 1920. *Teniendo por desistido a El Pueblo.*

No. 2034. EL PUEBLO, DEMANDANTE Y APELADO, *v.* SUCESORES DE C. Y F. FANTAUZZI ET AL., DEMANDADOS Y APELANTES.— San Juan, Sección Primera. Nulidad de acuerdo de la Comisión de Riego. Febrero 10, 1920. *Desistida por el apelante.*

No. 1469. EL PUEBLO, DEMANDANTE Y APELADO, *v.* SANDOVAL, ACUSADO Y APELANTE.—Arecibo. Infracción de la Ley de Salario Mínimo. Febrero 10, 1920. *Confirmada.*

No. 2175. MARIO MERCADO E HIJOS, DEMANDANTES Y APELANTES, *v.* MARTÍNEZ & DOMÍNGUEZ, S. EN C., DEMANDADOS Y APELADOS.—Mayagüez. Cobro de dinero. Febrero 19, 1920. *Desistida.*

No. 2180. J. BELÉNDEZ Y SOLÁ, DEMANDANTE Y APELADO, *v.* J. GÓMEZ Y CÍA., DEMANDADOS Y APELANTES.—San Juan, Sección Primera. Cobro de dinero. Febrero 20, 1920. *Desestimada.*

No. 1457. EL PUEBLO, DEMANDANTE Y APELADO, *v.* RODRÍGUEZ ET AL., ACUSADOS Y APELANTES.—Aguadilla. Acometimiento y agresión simple. Febrero 20, 1920. *Confirmada.*

No. 2192. LANAUSE, DEMANDANTE Y APELADA, *v.* LANAUSE, DEMANDADO Y APELANTE.—Guayama. Retracto de comuneros. Febrero 25, 1920. *Desistida.*